UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JASON BRENNER | No.   1:25-mj-00226-JCN |

**PROSECUTION VERSION OF THE OFFENSE**

On about July 1, 2025, in the District of Maine, the defendant, Jason Brenner, did intentionally fail to comply with the provisions of 19 U.S.C. § 1433, by failing to report his arrival and present a vehicle, and all persons and merchandise (including baggage) on board, for inspection, immediately upon the arrival of the vehicle in the United States at a border crossing point, as the person in charge of the vehicle, all in violation of Title 19, United States Code, Sections 1433(b) and 1436(a)(1), (c).

In that regard, on July 1, 2025, at about 11:13 p.m., at the Calais, Maine, international port-of-entry, the Defendant operated a vehicle traveling outbound from the United States, drove across the international St. Stephen Third Bridge, and entered the country of Canada. After traveling into Canada, the Defendant had a brief interaction with officials with the Canada Border Services Agency ("CBSA"). The Defendant was the sole occupant inside the vehicle, and after a short encounter, the Defendant turned the vehicle around and traveled back across the international bridge, towards the United States, in the wrong lane of travel.

Instead of entering the United States through the proper incoming lanes of travel, the Defendant traveled in the outbound lane, going the wrong way, and entered the United States without stopping at the Calais, Maine, port-of-entry. The Defendant, as

the person in charge of the vehicle, failed to report his arrival and stop or present himself and the vehicle for inspection at the Calais, Maine, port-of-entry.

The Defendant traveled at high rates of speed after traveling through the port without stopping and ultimately crashed the vehicle on Route 1 in Indian Township, Maine. After the crash, agents with U.S. Border Patrol located the Defendant in the woods a short distance from the crash.

Had this matter proceeded to trial, the Government would have proven the above facts through witness testimony, photographs, and video footage, including body worn camera footage and video footage from the Calais, Maine, port-of-entry. Specifically, the Government would have called officers and agents with U.S. Customs and Border Protection, U.S. Border Patrol, Baileyville Police Department, Indian Township Police Department, and Canada Border Services Agency. The Government would have offered in evidence video surveillance of the incident from the Calais, Maine, port-of-entry. Finally, the Government would have offered in evidence body worn camera footage of the pursuit of the Defendant and of his arrest. The evidence would have been sufficient to prove beyond a reasonable doubt the charge contained in the Complaint.

Date: August 8, 2025               Respectfully submitted,

                                   CRAIG M. WOLFF
                                   Acting United States Attorney

                                   BY: */s/ Alisa Ross*
                                   Alisa Ross
                                   Assistant United States Attorney
                                   United States Attorney's Office
                                   202 Harlow Street, Room 111
                                   Bangor, ME  04401
                                   (207) 945-0373
                                   Alisa.Ross@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 8, 2025, I filed the Government's Prosecution Version of the Offense with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Phil Noland, Esq.
    Counsel for the Defendant

                                            CRAIG M. WOLFF
                                            Acting United States Attorney

                                            BY: */s/ Alisa Ross*
                                            Alisa Ross
                                            Assistant United States Attorney
                                            United States Attorney's Office
                                            202 Harlow Street, Room 111
                                            Bangor, ME  04401
                                            (207) 945-0373
                                            Alisa.Ross@usdoj.gov